IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01045-LTB

DANIEL PAT GREGOR,

Plaintiff,

v.

COMMUNITY CORRECTIONS INDEPENDENCE HOUSE ADMIN. STAFF SUPVSRS,
ARLENE DURAN,
PAULA VARGAS,
DIR. JEN,
C.M.S,
NICOLE,
SAMANTHA,
JOSE,
TROY,
PASSION, and
ED MONTOYA,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 3, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 3 day of June, 2024.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/C. Madrid
Deputy Clerk